ASPHALT CONSTRUCTION COMPANY, Respondent, *v.* DE WITT C. BOUKER, JR., et al., Appellants, Impleaded with Another.

(Submitted April 27, 1914; decided May 5, 1914.)

Motion for re-argument or to amend remittitur denied, with ten dollars costs. (See 210 N. Y. 643.)

---

ERNEST D. LINDLEY, Respondent, *v.* CHARLES A. CAMPBELL, Appellant.

(Submitted April 27, 1914; decided May 5, 1914.)

Motion for re-argument denied, with ten dollars costs. (See 210 N. Y. 589.)

---

In the Matter of the Examination of GEORGE S. GOODRICH, Appellant, in Proceedings Supplementary to Execution.

NASH ROCKWOOD, Respondent.

*Matter of Goodrich,* 159 App. Div. 928, appeal dismissed.
(Submitted April 27, 1914; decided May 5, 1914.)

MOTION to dismiss an appeal from an order of the Appellate Division of the Supreme Court in the third judicial department, entered November 15, 1913, which affirmed an order of Special Term denying a motion to set aside an order in supplementary proceedings requiring the judgment debtor to appear before a referee.

The motion was made upon the ground that the undertaking on appeal had not been filed.

*Edgar T. Brackett* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.